UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| STEVEN FLOYD VOSS, | Case No. 3:19-cv-00197-MMD-CBC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Following upon the notice of appearance (ECF No. 15) filed by the Federal Public Defender,

It is ordered that Petitioner will have 120 days from entry of this order within which to file a second amended petition and/or seek other appropriate relief, such as a motion for a stay.

DATED THIS 17th day of June 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE