UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN FLOYD VOSS,<br><br>　　　　　　　Petitioner,<br>　v.<br>ISIDRO BACA, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:19-cv-00197-MMD-CBC<br><br>ORDER |

Petitioner filed an unopposed motion for extension of time (first request) (ECF No. 18). Good cause appearing, it is ordered that Petitioner's motion is granted. Petitioner will have up to and including February 12, 2020, to file an amended petition.

DATED THIS 17th day of October 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE