UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN FLOYD VOSS,<br><br>     Petitioner,<br> v.<br><br>ISIDRO BACA, *et al.*,<br><br>     Respondents. | Case No. 3:19-cv-00197-MMD-CLB<br><br>ORDER |

  Respondents filed an unopposed motion for enlargement of time (first request). (ECF No. 31.) The Court finds good cause exists to grant this motion.

  It is therefore ordered that Respondents' unopposed motion for enlargement of time (ECF No. 31) is granted. Respondents will have up to and including April 16, 2021, to file a response to the second amended petition (ECF No. 23).

  DATED THIS 16th Day of February 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE