UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN FLOYD VOSS,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>PERRY RUSSELL, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:19-cv-00197-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (second request). (ECF No. 33.) The Court finds good cause exists to grant this motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (ECF No. 33) is granted. Respondents will have up to and including June 1, 2021, to file a response to the second amended petition (ECF No. 23).

DATED THIS 19th Day of April 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE