UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN FLOYD VOSS, | Case No. 3:19-cv-00197-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| PERRY RUSSELL, *et al.*, | |
| Respondents. | |

On November 9, 2021, the Court stayed this counseled habeas matter while Petitioner Steven Floyd Voss's state post-conviction habeas petition was pending in state court. (ECF No. 44.) This case was administratively closed. (*Id.*) Voss now moves to reopen this matter, explaining that his state court proceedings have concluded. (ECF No. 46 ("Motion").) The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 46) is granted.

It is further ordered that the Clerk of Court lift the stay and reopen this matter.

It is further ordered that Respondents file a response to the Third Amended Petition (ECF No. 45), including potentially by motion to dismiss, on or before August 23, 2024. The remainder of this Court's previous scheduling order (ECF No. 30) remains in effect.

DATED THIS 24th Day of June 2024.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE