# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN FLOYD VOSS,<br><br>　　　　　Petitioner,<br>　　v.<br><br>PERRY RUSSELL, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:19-cv-00197-MMD-CLB<br><br>ORDER |

　　　Respondents have filed an unopposed motion for extension of time to file their response to Petitioner Steven Floyd Voss's Third-Amended Petition. (ECF No. 50 ("Motion").) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

　　　It is therefore ordered that the Motion (ECF No. 50) is granted. Respondents have up to and including October 22, 2024, to file their response.

　　　DATED THIS 26th day of August 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE