UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN FLOYD VOSS,<br><br>　　　　　Petitioner,<br>　v.<br>PERRY RUSSELL, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:19-cv-00197-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for extension of time to file their response to Petitioner Steven Voss's third amended petition for writ of habeas corpus. (ECF No. 52 ("Motion").) This is Respondents' second request for an extension of this deadline. The Court finds good cause to grant the Motion.

It is therefore ordered that Respondents' unopposed motion for extension of time (ECF No. 52) is granted. Respondents have up to and including December 6, 2024, to file their response.

DATED THIS October 23rd Day of October 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE