# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| STEVEN FLOYD VOSS,<br><br>            Petitioner,<br>    v.<br>PERRY RUSSELL, *et al.*,<br><br>            Respondents. | Case No. 3:19-cv-00197-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for extension of time to file their response to Petitioner Steven Floyd Voss's third amended petition. (ECF No. 54 ("Motion").) This is Respondents' third request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that Respondents' motion for extension of time (ECF No. 54) is granted. Respondents have up to and including January 20, 2025, to file their response.

DATED THIS 9th Day of December 2024.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE