UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN FLOYD VOSS,<br><br>        Petitioner,<br>    v.<br><br>PERRY RUSSELL, *et al.*,<br><br>        Respondents. | Case No. 3:19-cv-00197-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for extension of time to file their response to Petitioner Steven Floyd Voss's Third-Amended Petition. (ECF No. 74 ("Motion").) This is Respondents' fourth request for an extension of this deadline. The Court finds good cause exists to grant the Motion, but it warns that future requests for an extension of this deadline will be viewed unfavorably.

It is therefore ordered that the Motion (ECF No. 74) is granted. Respondents have up to and including February 20, 2025, to file their response.

DATED THIS 22nd Day of January 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE