UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN FLOYD VOSS,<br><br>    Petitioner,<br> v.<br><br>PERRY RUSSELL, *et al.*,<br><br>    Respondents. | Case No. 3:19-cv-00197-MMD-CLB<br><br>ORDER |

  Respondents have filed an unopposed motion for a 4-day extension of time to file their response to Petitioner Steven Floyd Voss's Third-Amended Petition. (ECF No. 76 ("Motion").) This is Respondents' fifth request for an extension of this deadline. Given the short extension request, the Court finds good cause exists to grant the Motion, but it again warns that future requests for an extension of this deadline will be viewed unfavorably.

  It is therefore ordered that the Motion (ECF No. 76) is granted. Respondents have up to and including February 24, 2025, to file their response.

  DATED THIS 21st Day of February 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE