UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN FLOYD VOSS, | Case No. 3:19-cv-00197-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| PERRY RUSSELL, *et al.*, | |
| Respondents. | |

Petitioner Steven Floyd Voss has filed an unopposed motion for an extension of time to file his opposition to Respondents' motion to dismiss his Third-Amended Petition. (ECF No. 79 ("Motion").) This is Petitioner's first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 79) is granted. Petitioner has up to and including May 9, 2025, to file his opposition to the motion to dismiss.

DATED THIS 10th Day of March 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE