UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN FLOYD VOSS, | Case No. 3:19-cv-00197-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| PERRY RUSSELL, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for an extension of time to file their reply to their motion to dismiss. (ECF No. 87 ("Motion").) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 87) is granted. Respondents have up to and including August 4, 2025, to file their reply.

DATED THIS 24th Day of June 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE