UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| STEVEN FLOYD VOSS, | Case No. 3:19-cv-00197-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| PERRY RUSSELL, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for a 15-day extension of time to file their reply to their motion to dismiss. (ECF No. 89 ("Motion").) This is Respondents' second request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 89) is granted. Respondents have up to and including August 19, 2025, to file their reply.

DATED THIS 6th Day of August 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE